Eastern District of Kentucky
FILED
AUG 2 4 2017
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| LIDIA DOMINGO, et al. | Case No. 2:16-cv-00183-WOB-CJS |
| Plaintiffs, | |
| v. | Senior Judge William O. Bertelsman |
| | Magistrate Judge Candace J. Smith |
| THE DUMPLING MAN LLC, et al. | |
| Defendants. | |

## AGREED ENTRY OF DISMISSAL

Upon consideration of the Plaintiffs and Defendants' Joint Motion for an Agreed Entry of Dismissal with prejudice, this Court is of the opinion that the motion is GRANTED.

IT IS THEREFORE ORDERED that the above-captioned matter and all claims made by any and all Plaintiffs against any and all Defendants, and all counterclaims made by any and all Defendants against any and all Plaintiffs, are hereby dismissed with prejudice to re-filing of the same.

All costs and expenses relating to this litigation shall be borne by the party or parties incurring the same. That the Joint Motion to Withdraw as Counsel for Defendants [30] is DENIED AS MOOT.

This is a final judgment.

This ____ day of August, 2017.

_____
WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE